1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUMASCAPE USA, INC., a California
corporation, LUMASCAPE INDUSTRIES
(PTY), ltd., an Australian corporation, and
MICHAEL AGUSTIN, an individual,

                    Plaintiff,

    v.

VERTEX LIGHTING, INC., a Quebec
corporation, FABRICE PELLEGRINO, an
individual, DANIEL MERCILLE, an
individual, and MICHEL SANSCARTER, an
individual,

                    Defendants.
_____/

No. C 05-04809 WHA

**ORDER DENYING
STIPULATION EXTENDING
DATES AND CONTINUING
CASE MANAGEMENT
CONFERENCE**

          Good cause not shown, the Court **DENIES** the parties' stipulation extending initial

deadlines and continuing the case management conference, currently set for **FEBRUARY 24,**

**2006, AT 11:00 A.M.**  Please file your joint case management conference statement at least

**SEVEN DAYS PRIOR**.

          **IT IS SO ORDERED.**

Dated:  February 8, 2006.

                                                   _____
                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE