UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMASCAPE USA, INC., et al., </br></br>    Plaintiff(s), </br></br>    v. </br></br> VERTEX LIGHTING, INC., et al., </br></br>    Defendant(s). | No. C05-4809 WHA (BZ) </br></br> **ORDER VACATING SETTLEMENT CONFERENCE** |

In view of Judge Alsup's Order Staying Action filed March 29, 2006, **IT IS HEREBY ORDERED** that the settlement conference scheduled for August 3, 2006, is **VACATED.** Counsel for the parties shall notify the court if the stay is lifted so that a new settlement conference can be scheduled.

Dated: June 15, 2006

                                    Bernard Zimmerman
                            United States Magistrate Judge

g:\bzall\-refs\refs.06\lumascape.vacate.sc.wpd

1