1 | ERROL I. HORWITZ, ESQ. SBN 86098
2 | EDWARD M. BIALACK, ESQ. SBN 60580
  | Law Offices of Errol I. Horwitz
3 | 5550 Topanga Canyon Blvd., Suite 200
  | Woodland Hills, CA 91367
4 | (818) 347-5268

5 | Attorneys for Plaintiffs Lumascapte USA, Inc.,
  | Lumascape Industries (PTY) Ltd., and
6 | Michael Agustin

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMASCAPE USA, INC., a California corporation, LUMASCAPE INDUSTRIES (PTY) LTD., an Australian Corporation, and MICHAEL AGUSTIN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> VERTEX LIGHTING, INC., a Quebec corporation; FABRICE PELLEGRINO, an individual; DANIEL MERCILLE, an individual; and MICHEL SANSCARTIER, an individual, <br><br> Defendants. | CASE NO. C 05 4809 <br><br> **ORDER GRANTING CONTINUANCE OF** ~~STIPULATION TO CONTINU~~E **CASE MANAGEMENT CONFERENCE** ~~AND ORDER~~ |

On March 29, 2006, this Court issued its "Order Staying Action Pending Exhaustion of Remedies Under a Forum Selection Clause." The order stayed this case "pending exhaustion by plaintiff of its remedies under the forum-selection clause" in the contract between plaintiff, Lumascape USA, Inc., and defendant, Vertex Lighting, Inc. (Order, p. 8.) The Court found that, "[s]hould the Australia Courts fail to provide an adequate forum despite diligence by plaintiffs, then this Court will consider whether to proceed with plaintiffs' claims." (Order, p. 16.) The Court scheduled a further case management conference for September 28, 2006, at 11:00 A.M.

Plaintiffs' counsel represents as follows:

Following the issuance of this Court's March 29, 2006, order, plaintiff, Lumascape Industries (PTY) Ltd., filed an application, or motion, in the Supreme Court of Queensland, Australia to determine (1) Whether there is jurisdiction in Queensland over the copyright and trademark issues, and (2) Whether the parties' choice of jurisdiction/conflict of laws rules should result in the Court declining to exercise jurisdiction over these issues. The matter was argued and submitted before the Honorable Justice Helman of the Supreme Court of Queensland on August 31, 2006.

At the August 31 hearing, Justice Helman reserved his decision, and indicated that he would issue a written judgment on or before September 28. At the hearing, Justice Helman inquired whether, in the event his written decision was not issued by September 28, the case management conference in this Court scheduled for September 28 might be continued briefly.

\* \* \*

WHEREAS, plaintiffs' counsel believes that a brief continuance of the September 28, 2006, case management conference to permit the parties to receive the judgment of the Supreme Court of Queensland in the matter submitted to the court on August 31 would aid this Court in conducting the case management conference; and

WHEREAS, defendant's counsel, accepting as true and accurate the representations herein of plaintiffs' counsel, agrees that a brief continuance of the September 28, 2006, case management conference would be of aid to this Court;

NOW, THEREFORE, the parties hereby stipulate that the case management conference scheduled for September 28, 2006 be continued to October 19, 2006, or such other subsequent date as this Court deems appropriate.

DATED: September 7, 2006

LAW OFFICES OF ERROL I. HORWITZ

By: *[signature]*
Edward M Bialack
Attorneys for Plaintiffs Lumascape USA, Inc., Lumascape Industries (PTY) Ltd., and Michael Agustin

DATED: September 8, 2006

KASTNER | BANCHERO LLP

By: *[signature]*
E. Jeffrey Banchero

Attorneys for Defendant Vertex Lighting, Inc.

## ORDER

The case management conference scheduled for September 28, 2006, at 11:00 A.M. shall be continued to October 5, 2006, at 11:00 a.m.

DATED: September 11, 2006.

*[signature]*
United States Judge William Alsup

IT IS SO ORDERED

CASE No. C 05 4809
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER

3