IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUMASCAPE USA, INC., a California Corporation, LUMASCAPE INDUSTRIES (PTY) LTD., an Australian Corporation, and MICHAEL AGUSTIN, an individual

  Plaintiffs,

  v.

VERTEX LIGHTING, INC.,

  Defendant.

No. C 05-04809 WHA

**ORDER HOLDING KASTNER BANCHERO LLP'S MOTION TO WITHDRAW AS COUNSEL IN ABEYANCE**

Pursuant to proceedings at oral argument, Kastner Banchero LLP's motion to withdraw as counsel is **HELD IN ABEYANCE** until defendant Vertex Lighting, Inc. retains substitute counsel.

A further case management conference is scheduled in this matter on **JANUARY 18, 2007, AT 11:00 A.M.** Vertex Lighting's president, Fabrice Pellegrino, is hereby ordered to personally appear at the case management conference. Mr. Pellegrino must either show good cause why Vertex should not be required to pay its bills to Kastner Banchero LLP, or Vertex must appear through substitute counsel.

The reminder notice of upcoming trial dated December 8, 2006, was filed in error. This action is stayed until Lumascape exhausts its remedies under Australian law.

Dated: December 14, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE