EDWARD M. BIALACK (SBN 60580)
Law Offices of Errol I. Horwitz
5550 Topanga Canyon Blvd., Suite 200
Woodland Hills, CA 91367
Telephone: (818) 347-5268
Fascsimile: (818) 348-6817

Attorneys for Plaintiffs LUMASCAPE USA, INC.,
LUMASCAPE INDUSTRIES (PTY) LTD.,
and MICHAEL AGUSTIN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMASCAPE USA, INC., a California corporation, LUMASCAPE INDUSTRIES (PTY) LTD., an Australian Corporation, and MICHAEL AGUSTIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VERTEX LIGHTING, INC., a Quebec corporation; FABRICE PELLEGRINO, an individual; DANIEL MERCILLE, an individual; and MICHEL SANSCARTIER, an individual,<br><br>Defendants | CASE NO. C 05 4809<br><br>**ORDER DISMISSING CASE**<br><br>[ *F.R. Civ. P.* Rule 41(a)] |

Following the continued Case Management Conference on April 12, 2007, at which Plaintiffs, by and through their counsel of record, requested dismissal of this case pursuant to Federal Rules of Civil Procedure Rule 41(a), no objection being made by Defendants, and good cause appearing therefore,

IT IS ORDERED that the above captioned case be, and the same is hereby,

\\\

CASE No. C 05 4809
JOINT Supplemental Case Management Statement and Proposed Order

1

1  dismissed without prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a).

3  Dated: April 16, 2007



Honorable William H. Alsup
United States District Court
Northern District of California

CASE No. C 05 4809
JOINT Supplemental Case Management Statement and Proposed Order

2